■ In the Matter of MELISSA ANN MAHLER, for Reinstatement to the Practice of Law in the State of New York. [992 NYS2d

669]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Smith, J.P., Fahey, Valentino and DeJoseph, JJ. (Filed Sept. 9, 2014.)